**Order entered July 23, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00815-CV

### IN RE QUINCY BLAKELY, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX1890017**

## ORDER

Before the Court is relator's July 18, 2018 petition for writ of mandamus. We request

that the real party in interest and respondent file their responses, if any, **by August 6, 2018.**

/s/     ELIZABETH LANG-MIERS
          JUSTICE